**G. Robert CODER, Jr., Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Respondent.**

Supreme Court of Pennsylvania.

April 7, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of April 2004, we **GRANT** the Petition for Allowance of Appeal. We further **ORDER** that we **REVERSE** the Order of the Commonwealth Court. *See McKinley v. Dep't of Transp.,* 576 Pa. 85, 838 A.2d 700 (2003). The Motion to Remand is **DENIED.**

**In re NOMINATION PETITION OF Chris ROSS, (Republican) Candidate for Representative in the General Assembly from the 158th Legislative District.**

**Appeal of Chris Ross.**

Supreme Court of Pennsylvania.

Submitted March 30, 2004.

Decided April 7, 2004.

Richard P. Limburg, Dorothy M. Claeys, Lawrence J. Tabas, Philadelphia, for Chris Ross, Appellant.

Courtney Lorraine Kishel, Camp Hill, John J. Connelly, Harrisburg, for James Bertogli, Appellee.

Vincent J. Dopko, for State Ethics Com'n., Participants.

Larry Boyle, for Bureau of Elections, Participants

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2004, the Order of the Commonwealth Court dated March 23, 2004 is **REVERSED** and Appellant, Chris Ross' name **SHALL BE PRINTED ON THE BALLOT.** *See In re Nomination Petition of Kerry Benninghoff,* J–112–2004, 41 MAP 2004, 2004 WL 743843.

The Emergency Motion for Expedited Consideration filed in this matter is **DISMISSED AS MOOT.**